UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ROBERT L. PAVONE and VALERIE V. PAVONE,        08 civ 2389

          Plaintiffs,

    -against-                                      STIPULATION

LINDA PUGLISI, individually, ANN
LINDAU, individually, FRANCIS X.
FARRELL, individually, JOHN SLOAN,
individually, THOMAS WOOD,
individually and the TOWN OF
CORTLANDT, New York,

          Defendants.
-----------------------------------------X

    IT IS HEREBY STIPULATED that the time for defendants to answer the Complaint of the plaintiff in the above matter is hereby extended to the 25th day of April 2008.

DATED:    White Plains, New York
             March 28, 2007

LOVETT & GOULD                          John J. Walsh
Attorney for Plaintiff                  HODGES WALSH & SLATER, LLP
222 Bloomingdale Road                   Attorneys for Town of Cortlandt
White Plains, NY 10605                  55 Church St. - Ste. 211
914-428-8401                            White Plains, NY 10601
                                        914-385-6000

LAW OFFICES OF
EDMUND V. CAPLICKI, JR.
Attorney for Puglisi, Lindau,
Farrell, Sloan & Wood, Individually
P.O. Box 15
1133 Route 55, Suite E
Lagrangeville, NY 12540

So Ordered
April 7, 2008

Charles L. Brieant
USDJ