STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

ROBERT L. PAVONE, ET AL                                Plaintiff(s)/Petitioner(s)

                            Vs.

LINDA PUGLISI, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: LINDA PUGLISI, SUPERVISOR                        (herein called recipient)
At Location: TOWN OF CORTLANDT                                  therein named.
             ONE HEADY STREET
             CORTLANDT MANOR NY 10567

By delivering to and leaving with JO-ANN DYCKMAN, TOWN CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM | Color of Skin: WH | Color of Hair: BLOND
Age: 55/60 | Height: 5'2" | Weight: 120
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 3/13/2008

_____                    _____
                                              Gary Williams
                                              Server's License#:

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389   AND FILED ON   3/7/2008

ROBERT L. PAVONE, ET AL.

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/15/2008__ at __5:09PM__, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ANN LINDAU, BOARD MEMBER
At Location: 417 HALF MOON BAY DRIVE
             CROTON ON HUDSON NY

(herein called recipient) therein named.

By delivering to and leaving with __"JOHN DOE", SECURITY GUARD AT GATE__ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On __4/17/08__, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 22/28 | Height | 5'10"-6" | Weight | 180 |

Other Features: *Security Guard spoke to someone in Apartment but refused me access to the apartment.

Sworn to before me on the __4/17/2008__

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
No. 4081062
Qualified in Westchester County
Commission Expires September 30, 2010

_Gary Williams_ (signature)
Gary Williams
Server's License#:

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389  AND FILED ON  3/7/2008

ROBERT L. PAVONE, ET AL                            Plaintiff(s)/Petitioner(s)

                                Vs.

LINDA PUGLISI, ET AL                               Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/19/2008__ at __7:07PM__, deponent did serve the within process as follows:

Process Served:  
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES          (herein called  
recipient)  FRANCIS X. FARRELL, BOARD MEMBER  

At Location: 18 MONTROSE POINT ROAD                                              therein named.

MONTROSE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __GRAY__  
Age __50/55__   Height __5'9"-5'10"__   Weight __175__  
Other Features __MOUSTACHE, BEARD, GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __3/20/2008__

_Gail Williams_ (signature)                          _Gary Williams_ (signature)  
                                                     Gary Williams  
                                                     Server's License#:

GAIL WILLIAMS  
Notary Public, State of...  
Qualified...  
County...  
...mber 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389   AND FILED ON   3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/15/2008 at 5:53PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JOHN SLOAN                                          (herein called
recipient)
At Location: 30 PARKWAY DRIVE                                     therein named.
CORTLANDT MANOR NY 10567

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  SILVER
Age  65   Height  5'9"-5'11"   Weight  185
          Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on   4/17/2008

Gail Williams                           Gary Williams
GAIL WILLIAMS                           Server's License#:
Notary Public, State of New York
No. ...
Qualified in ... County
Commission ... 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: THOMAS WOOD, TOWN ATTORNEY
At Location: TOWN OF CORTLANDT
ONE HEADY STREET
CORTLANDT MANOR NY 10567

(herein called recipient) therein named.

By delivering to and leaving with JO-ANN DYCKMAN, TOWN CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

_(signature)_          _(signature)_
                       Gary Williams

Server's License#:

20/0

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389  
AND FILED ON 3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )  
COUNTY OF WESTCHESTER ) SS  
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
TOWN OF CORTLANDT, NEW YORK (herein called recipient) therein named.

At Location: ONE HEADY STREET  
CORTLANDT MANOR NY 10567

By delivering to and leaving with JO-ANN DYCKMAN and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM   Color of Skin WH   Color of Hair BLOND  
Age 55/60   Height 5'2"  
Weight 120   Other Features

Sworn to before me on 3/13/2008

_____   _____  
                            Gary Williams  
                            Server's License#:

20/0