STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389        AND FILED ON        3/7/2008

ROBERT L. PAVONE, ET AL                                     Plaintiff(s)/Petitioner(s)

                              Vs.

LINDA PUGLISI, ET AL                                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/13/2008__ at __1:41PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: LINDA PUGLISI, SUPERVISOR
At Location: TOWN OF CORTLANDT
             ONE HEADY STREET
             CORTLANDT MANOR NY 10567

(herein called recipient) therein named.

By delivering to and leaving with __JO-ANN DYCKMAN, TOWN CLERK__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __3/13/08__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the __3/13/2008__

_____                              _____
                                                     Gary Williams
                                                     Server's License#:

20/0

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

ROBERT L. PAVONE, ET AL    Plaintiff(s)/Petitioner(s)

Vs.

LINDA PUGLISI, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
COUNTY OF WESTCHESTER    ) SS
                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/15/2008 at 5:09PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ANN LINDAU, BOARD MEMBER (herein called recipient) therein named.
At Location: 417 HALF MOON BAY DRIVE
CROTON ON HUDSON NY

By delivering to and leaving with "JOHN DOE", SECURITY GUARD AT GATE a person of suitable age and discretion.
Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On 4/17/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 22/28 | Height | 5'10"-6" | Weight | 180 |

Other Features: *Security Guard spoke to someone in Apartment but refused me access to the apartment.

Sworn to before me on the 4/17/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4081062
Qualified in Westchester County
Commission Expires September 30, 2010

Gary Williams
Server's License#:

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

ROBERT L. PAVONE, ET AL                                             Plaintiff(s)/Petitioner(s)

Vs.

LINDA PUGLISI, ET AL                                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/19/2008 at 7:07PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: FRANCIS X. FARRELL, BOARD MEMBER    (herein called recipient)
At Location: 18 MONTROSE POINT ROAD                therein named.
MONTROSE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **M**    Color of Skin **WH**    Color of Hair **GRAY**
Age **50/55**    Height **5'9"-5'10"**    Weight **175**
Other Features    **MOUSTACHE, BEARD, GLASSES**

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 3/20/2008

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of [NY]
Qual[ified in] ... County
Com[mission Expires ...]mber 30, 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389   AND FILED ON   3/7/2008

ROBERT L. PAVONE, ET AL

Vs.  Plaintiff(s)/Petitioner(s)

LINDA PUGLISI, ET AL

Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
COUNTY OF WESTCHESTER  ) SS
  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  4/15/2008  at  5:53PM , deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (recipient): JOHN SLOAN    (herein called
At Location: 30 PARKWAY DRIVE    therein named.

CORTLANDT MANOR NY 10567

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M    Color of Skin  WH    Color of Hair  SILVER
Age  65   Height  5'9"-5'11"   Weight  185
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on  4/17/2008

Gail Williams

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4___
Qualified in _____ County
Commission _____ 2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389  
AND FILED ON 3/7/2008

ROBERT L. PAVONE, ET AL  
Vs.  
LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)  
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served: THOMAS WOOD, TOWN ATTORNEY (herein called recipient) therein named.  
At Location: TOWN OF CORTLANDT  
ONE HEADY STREET  
CORTLANDT MANOR NY 10567

By delivering to and leaving with JO-ANN DYCKMAN, TOWN CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

Gary Williams

Server's License#:

20/0

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

ROBERT L. PAVONE, ET AL                              Plaintiff(s)/Petitioner(s)

                          Vs.

LINDA PUGLISI, ET AL                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK                       )
                                         ) SS
COUNTY OF WESTCHESTER                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/13/2008__ at __1:41PM__, deponent did serve the within process as follows:

Process Served:

Party Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
                TOWN OF CORTLANDT, NEW YORK               (herein called recipient)
At Location:                                              therein named.
                ONE HEADY STREET

                CORTLANDT MANOR NY 10567

By delivering to and leaving with __JO-ANN DYCKMAN__ and that deponent knew the person so served to be the __TOWN CLERK__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin WH      Color of Hair BLOND  
Age 55/60              Height 5'2"  
Weight 120             Other Features

Sworn to before me on __3/13/2008__

_____                    _____  
                                             Gary Williams  
                                             Server's License#:

20/0