STATE OF NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

| ROBERT L. PAVONE, ET AL | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| LINDA PUGLISI, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK    )

COUNTY OF WESTCHESTER    ) SS

)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___3/13/2008___ at ___1:41PM___, deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:    LINDA PUGLISI, SUPERVISOR    (herein called recipient)
                                                  therein named:

At Location:    TOWN OF CORTLANDT
               ONE HEADY STREET
               CORTLANDT MANOR NY 10567

By delivering to and leaving with ___JO-ANN DYCKMAN, TOWN CLERK___ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On ___3/13/08___, deponent completed service by depositing a copy of the
SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES.

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLOND_ |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the ___3/13/2008___

_____          _____
                                        Gary Williams

                                        Server's License#:

&C/0

STATE OF NEW YORK                     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2389          AND FILED ON          3/7/2008

| ROBERT L. PAVONE, ET AL. | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| LINDA PUGLISI, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                              )
                                                                          )   SS
COUNTY OF WESTCHESTER                                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____4/15/2008_____ at _____5:09PM_____, deponent did serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:
                          ANN LINDAU, BOARD MEMBER                              (herein called recipient)
At Location:        417 HALF MOON BAY DRIVE                                        therein named.

                          CROTON ON HUDSON NY

By delivering to and leaving with ___"JOHN DOE", SECURITY GUARD AT GATE___
Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On _____4/17/08_____, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 22/28 | Height | 5'10"-6" | Weight | 180 |

Other Features   *Security Guard spoke to someone in Apartment but refused me access to the apartment.

Sworn to before me on the _____4/17/2008_____

_____                    _____
GAIL WILLIAMS                                                  Gary Williams
Notary Public, State of New York
No. 4_____
Qualified in W_____ster County                    Server's License#:
Commission E_____ ptember 30, 2010

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.2389          AND FILED ON          3/7/2008

| | |
|---|---|
| ROBERT L. PAVONE, ET AL | Plaintiff(s)/Petitioner(s) |
| LINDA PUGLISI, ET AL             Vs. | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                              )

                                                                                           )   SS

COUNTY OF WESTCHESTER                                                      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____3/19/2008_____ at _____7:07PM_____, deponent did serve the within process as follows:

Process Served:

Party Served:        SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
recipient)
                         FRANCIS X. FARRELL, BOARD MEMBER                                      (herein called

At Location:        18 MONTROSE POINT ROAD                                                  therein  named.

                        MONTROSE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _GRAY_ |
|---|---|---|---|---|---|
| Age | _50/55_ | Height | _5'9"-5'10"_ | Weight | _175_ |

Other Features                          _MOUSTACHE,BEARD,GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____3/20/2008_____

_____                           _____
                                                                                      Gary Williams

                                                                                      Server's License#:

GAIL WILLIAMS
Notary Public, State of
Qual
                        County
                        ember 30, 2010

STATE OF   NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389        AND FILED ON          3/7/2008

| | |
|---|---|
| ROBERT L. PAVONE, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| LINDA PUGLISI, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )
                                                                            SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____4/15/2008____ at _____5:53PM_____, deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:                                                                                                    (herein called
recipient)         JOHN SLOAN

At Location:       30 PARKWAY DRIVE                                                            therein   named.

                   CORTLANDT MANOR NY  10567

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   __M__    Color of Skin   __WH__    Color of Hair          __SILVER__

Age   __65__   Height   __5'9"-5'11"__   Weight        __185__

          Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____4/17/2008_____                    _____
                                                                                                    Gary Williams
          GAIL WILLIAMS                                                           Server's License#:
     Notary Public, State of New York
              No. 4___02
        Qualified in _____ County     2010
     Commission _____ ember 30

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.2389         AND FILED ON         3/7/2008

| | |
|---|---|
| ROBERT L. PAVONE, ET AL | Plaintiff(s)/Petitioner(s) |
| LINDA PUGLISI, ET AL                    Vs. | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )
                                                                                          ) SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____3/13/2008_____ at _____1:41PM_____, deponent did serve the within process as follows:

Process Served:      SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:
                            THOMAS WOOD, TOWN ATTORNEY                            (herein called recipient)
At Location:                                                                                          therein   named.
                            TOWN OF CORTLANDT
                            ONE HEADY STREET
                            CORTLANDT MANOR NY  10567

By delivering to and leaving with   JO-ANN DYCKMAN, TOWN CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓]   actual place of business   | |   dwelling house(usual place of abode) within the state.

On_____3/13/08_____, deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____3/13/2008_____

_____                    _____
                                                                                Gary Williams

                                                                        Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.2389              AND FILED ON              3/7/2008

ROBERT L. PAVONE, ET AL

                                              Vs.                                    Plaintiff(s)/Petitioner(s)

LINDA PUGLISI, ET AL

                                                                                      Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )
                                                                              )  SS
COUNTY OF WESTCHESTER                                          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____3/13/2008_____ at _____1:41PM_____, deponent did serve the within process as follows:

Process Served:

Party Served:      | SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES |
                   | TOWN OF CORTLANDT, NEW YORK |                    (herein called recipient)
At Location:                                                              therein  named.
                   | ONE HEADY STREET |
                   | CORTLANDT MANOR NY  10567 |

By delivering to and leaving with  JO-ANN DYCKMAN _____ and that deponent knew the person

so served to be the      TOWN CLERK

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM          Color of Skin  WH           Color of Hair  BLOND

Age  55/60            Height  5'2"

Weight  120                Other Features

Sworn to before me on _____3/13/2008_____

_____                    _____
                                                              Gary Williams

                                                              Server's License#:

2010