STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389          AND FILED ON          3/7/2008

ROBERT L. PAVONE, ET AL                                                      Plaintiff(s)/Petitioner(s)

                                    Vs.

LINDA PUGLISI, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    LINDA PUGLISI, SUPERVISOR                         (herein called recipient)
At Location:     TOWN OF CORTLANDT                                 therein named.
                 ONE HEADY STREET
                 CORTLANDT MANOR NY 10567

By delivering to and leaving with   JO-ANN DYCKMAN, TOWN CLERK   a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 3/13/2008

_____                          _____
                                                   Gary Williams
                                                   Server's License#:

2010

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389   AND FILED ON   3/7/2008

ROBERT L. PAVONE, ET AL.

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK      )  
                        ) SS  
COUNTY OF WESTCHESTER   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/15/2008 at 5:09PM, deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served: ANN LINDAU, BOARD MEMBER  
At Location: 417 HALF MOON BAY DRIVE

CROTON ON HUDSON NY

(herein called recipient) therein named.

By delivering to and leaving with "JOHN DOE", SECURITY GUARD AT GATE a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On 4/17/08, deponent completed service by depositing a copy of the SUMMONS,COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 22/28 | Height | 5'10"-6" | Weight | 180 |

Other Features: *Security Guard spoke to someone in Apartment but refused me access to the apartment.

Sworn to before me on the 4/17/2008

GAIL WILLIAMS  
Notary Public, State of New York  
No. 4087062  
Qualified in Westchester County  
Commission Expires September 30, 2010

Gary Williams

Server's License#:

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389  
AND FILED ON  3/7/2008

ROBERT L. PAVONE, ET AL  
Vs.  
LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)  
Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )  
                          ) SS  
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/19/2008__ at __7:07PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES  
Party Served (recipient): FRANCIS X. FARRELL, BOARD MEMBER          (herein called  
At Location: 18 MONTROSE POINT ROAD                                  therein named.  
MONTROSE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __GRAY__  
Age __50/55__  Height __5'9"-5'10"__   Weight __175__  
Other Features __MOUSTACHE, BEARD, GLASSES__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __3/20/2008__

Gail Williams  
Gary Williams  
Server's License#:

GAIL WILLIAMS  
Notary Public, State of ...  
Qual...  County  
Comm... ember 30, 2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389     AND FILED ON     3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __4/15/2008__ at __5:53PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (recipient): JOHN SLOAN     (herein called
At Location: 30 PARKWAY DRIVE            therein named.
CORTLANDT MANOR NY 10567

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __SILVER__
Age __65__  Height __5'9"-5'11"__  Weight __185__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on __4/17/2008__

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
No. 4__
Qualified in ____ County
Commission __ ember 30, 2010

Gary Williams
Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389        AND FILED ON        3/7/2008

ROBERT L. PAVONE, ET AL

Vs.        Plaintiff(s)/Petitioner(s)

LINDA PUGLISI, ET AL        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
COUNTY OF WESTCHESTER                           ) SS
                                                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: THOMAS WOOD, TOWN ATTORNEY                   (herein called recipient)
At Location: TOWN OF CORTLANDT                              therein named.
             ONE HEADY STREET
             CORTLANDT MANOR NY 10567

By delivering to and leaving with JO-ANN DYCKMAN, TOWN CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

_____        _____
                                  Gary Williams
                                  Server's License#:

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **3/13/2008** at **1:41PM**, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

TOWN OF CORTLANDT, NEW YORK    (herein called recipient) therein named.

At Location: ONE HEADY STREET

CORTLANDT MANOR NY 10567

By delivering to and leaving with **JO-ANN DYCKMAN** and that deponent knew the person so served to be the **TOWN CLERK** of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 55/60    Height: 5'2"
Weight: 120    Other Features:

Sworn to before me on **3/13/2008**

_____    _____
                             Gary Williams
                             Server's License#:

20/0