STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389   AND FILED ON   3/7/2008

ROBERT L. PAVONE, ET AL                                                                     Plaintiff(s)/Petitioner(s)

                                        Vs.

LINDA PUGLISI, ET AL                                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                                         ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: LINDA PUGLISI, SUPERVISOR                              (herein called recipient)
At Location: TOWN OF CORTLANDT                                           therein named.
                    ONE HEADY STREET
                    CORTLANDT MANOR NY 10567

By delivering to and leaving with  JO-ANN DYCKMAN, TOWN CLERK  a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 3/13/2008

_____              _____
                                                                              Gary Williams
                                                                              Server's License#:

20/0

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389   AND FILED ON   3/7/2008

ROBERT L. PAVONE, ET AL.

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/15/2008 at 5:09PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ANN LINDAU, BOARD MEMBER
At Location: 417 HALF MOON BAY DRIVE
             CROTON ON HUDSON NY

(herein called recipient) therein named.

By delivering to and leaving with "JOHN DOE", SECURITY GUARD AT GATE a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [✓] dwelling house(usual place of abode) within the state.

On 4/17/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 22/28 | Height | 5'10"-6" | Weight | 180 |

Other Features: *Security Guard spoke to someone in Apartment but refused me access to the apartment.

Sworn to before me on the 4/17/2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4081062
Qualified in Westchester County
Commission Expires September 30, 2010

Gary Williams
Server's License#:

STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389         AND FILED ON         3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __3/19/2008__ at __7:07PM__, deponent did serve the within process as follows:

Process Served:
Party Served:    SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
(recipient)      FRANCIS X. FARRELL, BOARD MEMBER                     (herein called
At Location:     18 MONTROSE POINT ROAD                                therein named.

                 MONTROSE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    __M__    Color of Skin    __WH__    Color of Hair         __GRAY__
Age    __50/55__    Height    __5'9"-5'10"__    Weight    __175__
Other Features                     MOUSTACHE, BEARD, GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on          3/20/2008
_Gary Williams_ (signature)                         _signature_
                                                    Gary Williams
                                                    Server's License#:

GAIL WILLIAMS
Notary Public, State of [NY]
Qual[ified in] ... County
Com[mission Expires] ...ember 30, 2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389    AND FILED ON    3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )   SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/15/2008 at 5:53PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served (herein called recipient): JOHN SLOAN therein named.
At Location: 30 PARKWAY DRIVE
CORTLANDT MANOR NY 10567

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | | | |
|---|---|---|---|---|
| Sex | M | Color of Skin | WH | Color of Hair SILVER |
| Age | 65 | Height | 5'9"-5'11" | Weight 185 |
| Other Features | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on 4/17/2008

Gail Williams

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in [illegible] County
Commission [illegible] 30, 2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389          AND FILED ON          3/7/2008

ROBERT L. PAVONE, ET AL

Vs.                                Plaintiff(s)/Petitioner(s)

LINDA PUGLISI, ET AL                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/13/2008 at 1:41PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:   THOMAS WOOD, TOWN ATTORNEY                    (herein called recipient)
At Location:    TOWN OF CORTLANDT                             therein named.
                ONE HEADY STREET
                CORTLANDT MANOR NY 10567

By delivering to and leaving with JO-ANN DYCKMAN, TOWN CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 3/13/08, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
| Age | 55/60 | Height | 5'2" | Weight | 120 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/13/2008

_____          _____
                                          Gary Williams
                                          Server's License#:

20/0

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2389   AND FILED ON   3/7/2008

ROBERT L. PAVONE, ET AL

Vs.

LINDA PUGLISI, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **3/13/2008** at **1:41PM**, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

TOWN OF CORTLANDT, NEW YORK

(herein called recipient) therein named.

At Location: ONE HEADY STREET

CORTLANDT MANOR NY 10567

By delivering to and leaving with JO-ANN DYCKMAN and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 55/60    Height: 5'2"
Weight: 120    Other Features:

Sworn to before me on 3/13/2008

_____    _____
                                               Williams
                                               Server's License#:

20/0