UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROBERT L. PAVONE and VALERIE V. PAVONE,

                Plaintiffs,      08 Civ.2389(CLB)

      -against-

LINDA PUGLISI, individually, ANN LINDAU, individually, FRANCIS X. FARRELL, individually, JOHN SLOAN, individually, THOMAS WOOD, individually and the TOWN OF CORTLANDT, New York,

**ANSWER TO COUNTERCLAIM OF INDIVIDUALLY NAMED DEFENDANT**

                Defendants.
------------------------------------x

    Plaintiffs ROBERT L. PAVONE and VALERIE V. PAVONE, by their attorneys Lovett & Gould, LLP, for their answer to the April 22, 2008, counterclaim of Defendants Puglisi, Lindau, Farrell, Sloan and Wood, state:

    1. Deny paragraph "58".

    2. Deny paragraph "59".

Dated: White Plains, N.Y.
       April 25, 2008

LOVETT & GOULD, LLP
Attorneys for Plaintiffs
By: _____
Jonathan Lovett (4854)
222 Bloomingdale Road
White Plains, N.Y. 10605
914-428-8401

1