UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROBERT L. PAVONE and VALERIE V. PAVONE,

                Plaintiffs,      08 Civ.2389(CLB)

      -against-

LINDA PUGLISI, individually, ANN LINDAU, individually, FRANCIS X. FARRELL, individually, JOHN SLOAN, individually, THOMAS WOOD, individually and the TOWN OF CORTLANDT, New York,

**ANSWER TO COUNTERCLAIM OF THE TOWN OF CORTLANDT**

                Defendants.

------------------------------------x

    Plaintiffs ROBERT L. PAVONE and VALERIE V. PAVONE, by their attorneys Lovett & Gould, LLP, for their answer to the April 22, 2008, counterclaim of Defendant Town of Cortlandt, state:

    1. Deny paragraph "FORTY-THIRD".

    2. Deny paragraph "FORTY-FOURTH".

Dated: White Plains, N.Y.
       April 25, 2008

                                  LOVETT & GOULD, LLP
                                  Attorneys for Plaintiffs
                                  By: _____
                                  Jonathan Lovett (4854)
                                  222 Bloomingdale Road
                                  White Plains, N.Y. 10605
                                  914-428-8401