UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROBERT L. PAVONE and VALERIE V. PAVONE,

              Plaintiffs,     08 Civ.2389(CLB)

    -against-

LINDA PUGLISI, individually, ANN LINDAU, individually, FRANCIS X. FARRELL, individually, JOHN SLOAN, individually, THOMAS WOOD, individually and the TOWN OF CORTLANDT, New York,

**AMENDED ANSWER TO COUNTERCLAIM OF THE TOWN OF CORTLANDT**

              Defendants.
------------------------------------x

    Plaintiffs ROBERT L. PAVONE and VALERIE V. PAVONE, by their attorneys Lovett & Gould, LLP, for their amended answer to the June 4, 2008, counterclaim of Defendant Town of Cortlandt state:

    1. Deny paragraphs "FORTY-SEVENTH" and "FORTY-EIGHTH".

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

    2. Upon information and belief the counterclaim was never lawfully authorized and must be dismissed.

    WHEREFORE a judgment should be entered dismissing

1

Defendant'S counterclaim in all respects, with costs and attorney's fees.

Dated: White Plains, N.Y.
       June 10, 2008

                                        LOVETT & GOULD, LLP
                                        Attorneys for Plaintiffs
                                        By: _____
                                        Jonathan Lovett (4854)
                                        222 Bloomingdale Road
                                        White Plains, N.Y. 10605
                                        914/428-8401