UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT L. PAVONE and VALERIE V. PAVONE,

                Plaintiffs,

-against-

LINDA PUGLISI, individually, ANN LINDAU, individually, FRANCIS X. FARRELL, individually, JOHN SLOAN, Individually, THOMAS WOOD, Individually and the TOWN OF CORTLANDT, New York,

                Defendants.
------------------------------------------------------------------X

08 civ 2389
(CLB) (LMS)

**RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant named herein as TOWN OF CORTLANDT, New York by their attorneys, **HODGES, WALSH & SLATER, LLP,** as and for Response to Plaintiff's First Set of Interrogatories:

1. Identify the person who signed the Notice to Conduct Deposition.

   **Kim Lambertus after request and permission from Edmund Caplicki.**

2. With respect to the person identified in response to Interrogatory #1, identify the person's employer and/or law firm.

   **Hodges, Walsh & Slater, LLP**

3. Identify the person(s) who created the Notice to Conduct Deposition.

   **Paul E. Svensson after request and with permission of Edmund Caplicki.**

Dated: White Plains, NY
       July 1, 2008

Yours, etc.

_____
JOHN J. WALSH (4092)
**HODGES, WALSH & SLATER, LLP**
Attorneys for Defendant
TOWN OF CORTLANDT
55 Church Street, Suite 211
**White Plains, NY 10601**
Tel:   (914) 385-6000
Fax:  (914) 385-6060

TO:   LOVETT & GOULD, LLP
      Attorneys for Plaintiffs
      222 Bloomingdale Road
      White Plains, NY 10605
      914-428-8401

      LAW OFFICES OF EDMUND V. CAPLICKI, JR., P.C.
      Attorneys for Defendants
      Puglisi, Lindau, Farrell, Sloan & Wood
      P.O. Box 15
      Lagrangeville, NY 12540

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         SS.:)
COUNTY OF WESTCHESTER    )

KIM J. LAMBERTUS, being duly sworn, deposes and says:

I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On July 3, 2008, I served a true copy of the annexed **RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** In the following manner: by Electronic filing and Regular as indicated below:

TO:   Clerk of the United States District Court – Electronic Filing
      for the Southern District of New York
      300 Quarropas Street
      White Plains, NY 10601

      Lovett & Gould, LLP – Electronic Filing & Regular Mail
      Attorneys for Plaintiffs
      222 Bloomingdale Road
      White Plains, NY 10605

      LAW OFFICES OF EDMUND V. CAPLICKI, JR., P.C. – Electronic Filing &
      Attorneys for Defendants                                  Regular Mail
      Puglisi, Lindau, Farrell, Sloan & Wood
      P.O. Box 15
      Lagrangeville, NY 12540

_____
KIM J. LAMBERTUS

Sworn to before me this
3rd day of July, 2008

_____
Notary Public

JOHN J. WALSH
Notary Public, State of New York
No. 4827450
Qualified in Orange County
Commission Expires May 31, 2010