UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT L. PAVONE and VALERIE V. PAVONE,

                Plaintiffs,

-against-

LINDA PUGLISI, individually, ANN LINDAU, individually, FRANCIS X. FARRELL, individually, JOHN SLOAN, Individually, THOMAS WOOD, Individually and the TOWN OF CORTLANDT, New York,

                Defendants.
-----------------------------------------------------------------X

08 civ 2389
(CLB) (LMS)

NOTICE TO TAKE
DEPOSITION
UPON ORAL
EXAMINATION

**COUNSELORS:**

    **PLEASE TAKE NOTICE,** that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination, of the plaintiffs, **ROBERT L. PAVONE and VALERIE V. PAVONE,** as an adverse parties, will be taken before a Notary Public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at **the Law Offices of Hodges, Walsh & Slater, LLP, located at 55 Church Street, Suite 211, White Plains, NY on the 19th day of August, 2008, at 10:00 a.m.** in the forenoon of that day with respect to evidence material and necessary in the defense of this action.

Dated: White Plains, NY
         July 28, 2008

Yours, etc.

*[signature]*

JOHN J. WALSH (4092)
**HODGES, WALSH & SLATER, LLP**
Attorneys for Defendant
TOWN OF CORTLANDT
55 Church Street, Suite 211
**White Plains, NY  10601**
**Tel:   (914) 385-6000**
**Fax:  (914) 385-6060**

TO:   LOVETT & GOULD, LLP
Attorneys for Plaintiffs
222 Bloomingdale Road
White Plains, NY  10605

LAW OFFICES OF EDMUND V. CAPLICKI, JR., P.C.
Attorneys for Co-Defendants
P.O. Box 15
Lagrangeville, NY  12540

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       SS.:)
COUNTY OF WESTCHESTER  )

KIM J. LAMBERTUS, being duly sworn, deposes and says:

I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for Defendant TOWN OF CORTLANDT in the above action and I am over the age of 18 years and I am not a party to this action. On August 4, 2008, I served a true copy of the annexed **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION** in the following manner: by Electronic filing and Regular as indicated below:

TO:  Clerk of the United States District Court – Electronic Filing
     for the Southern District of New York
     300 Quarropas Street
     White Plains, NY 10601

     Lovett & Gould, LLP – Electronic Filing & Regular Mail
     Attorneys for Plaintiffs
     222 Bloomingdale Road
     White Plains, NY 10605

     LAW OFFICES OF EDMUND V. CAPLICKI, JR., P.C. – Electronic
     Filing & Regular Mail
     Attorneys for Defendants
     Puglisi, Lindau, Farrell, Sloan & Wood
     P.O. Box 15
     Lagrangeville, NY 12540

_____
KIM J. LAMBERTUS

Sworn to before me this
4th day of August, 2008

_____
Notary Public

LAURA J. HEANEY MALFETANO
NOTARY PUBLIC, State of New York
No. 01HE6084655
Qualified in Westchester County
Commission Expires 12/9/10